No. 00–7467. POYSON v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 00–7469. SMITH v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–7470. SWEED v. COUNTY OF EL PASO ET AL. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 00–7473. NAVARRO v. OFFICE OF PERSONNEL MANAGEMENT; and
No. 00–7474. PAJE v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied. Reported below: 243 F. 3d 554.

No. 00–7475. BREWINGTON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–7477. OKEN v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–7478. KASSAB v. SAN DIEGO STATE UNIVERSITY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–7479. COFER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7481. CRABTREE v. FIGUEROA, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–7482. CARROLL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–7484. TIFFER v. WORKERS' COMPENSATION APPEALS BOARD ET AL. Sup. Ct. Cal. Certiorari denied.

No. 00–7486. GIANO v. PATAKI, GOVERNOR OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 00–7487. BRITT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.